IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GARY E. HOLMES                                                                PETITIONER
ADC #127662

V.                           No. 4:25-cv-01237-JM-ERE

DEXTER PAYNE,
Director, Arkansas Division Correction                                  RESPONDENT

## ORDER

The Court has received the Recommended Disposition ("RD") submitted by United States Magistrate Judge Edie R. Ervin. No objections have been filed, and the time for doing so has passed. After careful review, the Court adopts the RD in all respects. The petition is DISMISSED with prejudice as time barred and a certificate of appealability will not issue. Judgment will be entered accordingly.

IT IS SO ORDERED this 12th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE