IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GARY E. HOLMES**                                                                    **PETITIONER**
**ADC #127662**

**V.**                                              **No. 4:25-cv-01237-JM-ERE**

**DEXTER PAYNE,**
**Director, Arkansas Division Correction**                              **RESPONDENT**

## JUDGMENT

Consistent with today's Order, Petitioner's § 2254 petition is dismissed with prejudice, all

habeas relief is denied, and this case is closed.

IT IS SO ORDERED this 12th day of May,  2026.


_____
UNITED STATES DISTRICT JUDGE